also the Costs and Charges M<sup>r</sup> Flower has been at in Securing s<sup>d</sup> Sloop being three pounds in all eight pounds Seven Shillings And ten pence.

Will<sup>m</sup> Whiting D. Jud. Adm:

An Invoice of what is on Board the Sloop brought into the Harbour of Newport by Richard Robinson the 19th Day of February 1726/7.

12 Sacks of Grain Some Indian Corn Loose
9 Empty Sacks
1 Barrell w<sup>th</sup> Some Tallow in
2 Beds
4 Pillows
3 Blankets
1 Rug
2 old Shirts Some Waddin
2 Jacketts
3 Pair Britches 1 P<sup>r</sup> Linnin Drawers 4 P<sup>r</sup> Stockings all old 1 Case of Pistolls Brass Barr<sup>lls</sup> 3 Small Brass Kettles 1 Iron Pott 1 Frying pan 2 Iron one Tinn Candlestik and p<sup>r</sup> of Snuffers 5 Pewter Spoons 1 Looking Glass 2 drinking D<sup>o</sup> 1 Table 3 Pictures 2 Handkerchiefs with a Rasior Penknife 3 Books a Brass Cock a p<sup>r</sup> of Silver Buckles spying Glass a pair of Mittings Inkhorn and Brush. 1 Lanthorn two Pewter Potts a Bowl half Bushell a Case Bottle a p<sup>r</sup> of Canhooks Marlin spike Dipsy Line and lead. 1 Compass Two or Six pound of Bees wax two wooden Pailes. Ensign and Jack Main Sail Foresail two Catt Ropes main Sheet two running Tackles Main halliords a Piece of Spare Rope for Sheats 1 Anchor and Cable

Richard Robinson

M<sup>r</sup> Robinson made oath to the truth of the above Inventory In Court 25th Feb<sup>r</sup> 1726.

WILLIAM WATKINS VS. SLOOP <em>Concord,</em> 1727

Joseph Fones being Sworn testified and Said that he being Mate of the Sloop Concord (Cap^t Jona^n Dickinson Mast^r) On or about the Month November last in the Bay of Hondoras there was Shipt on Board S^d Sloop Seventy one Tun three hundred of Logwood, whereof Sixty Tun was Shipt on Board by W^m Watkins four Tun by himself the other Seven Tun three hund: being the Remaind^r he Supposes to belong to S^d Wm Whatkins he further saith that there was no Bill of Lading Sign'd for s^d wood altho S^d Watkins demanded it and as he Supposes the Cause thereof was by Reason of a Diff^r that arose between the S^d Jon° Dickinson and S^d Watkins unknown to him he further Saith that there was a boat brought alongside S^d Sloop by two of Dickinsons men and two more of w^ch Boat S^d Watkins made a Demand but She was denyed to him and brought to Rhode Island by s^d Dickinson but he is not Certain who the Boat belonged to He further saith that s^d Watkins found Severall Crafts and Stearsmen to bring s^d 60 Tun of Logwood on Board and s^d Dickinson found Men to go in one Craft excepting one man he further Saith that he think S^d Boat was worth about five pound Jamaica Money in the other Crafts S^d Watkins found Men

Sworn before W^m Whiting Esq^r Dep Jud.

Attest Josiah Lyndon Dept Reg^r

Sam Shearwood being Sworn Testifyeth and Saith That the Diff: which arose between Jon^a Dickinson and W^m Whatkins was Concerning the Boat and Two Tun of Wood which was brought on Board just as S^d Vessell Sail'd

Sworn before Wm Whiting Esq^r Dep Jud.

Attest Josias Lyndon Dep^t Reg^r

Benjamin Conaway being sworn testifyeth and Saith that Some time in November last past in the Bay of Hondoras he was with Jonathan Dickinson on Board the Sloop Concord and William Whatkins came on board s^d Sloop and demanded Bills of Lading for the Wood on board that to him belonged the s^d Whatkins having loaded s^d Sloop but s^d Dickinson refused to give Bills of Lading for S^d Wood and s^d Whatkins bought a Boat and carried on Board s^d Sloop and Demanded Pay for her and s^d Dickinson refused to pay for her And S^d Whatkins then Said he would carry her away again but Dickinson refused to let him but ordered his people to hoist her in upon Deck and accordingly they did and brought her away the wood brought in the Vessell weighed at Boston Sixty Seven Tun and a Draught of Merchantable Chipt Logwood and when s^d Whatkins demanded pay for the Boat and Bills of Lading for The Wood he thretened him to beat him and fetched his Gun out of the Cabbin to Shoot him

Sworn before Wm Whiting Esq^r Dep^t Judg

Attest Josias Lyndon Dep Reg^r

### Colony of Rhode Island Curia Admiralitatis

At a Court of Vice Admiralty held at Newport within and for his Majesties Colony of Rhode Island etc on Fryday the 13th of Octr 1727